```
              IN THE UNITED STATES DISTRICT COURT FOR THE
                     WESTERN DISTRICT OF MISSOURI
                           WESTERN DIVISION
```

UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )
                             )
     v.                      )   Criminal Action No.
                             )   09-00112-01-CR-W-ODS
CLIFTON D. TAYLOR,           )
                             )
          Defendant.         )

## REPORT AND RECOMMENDATION

On August 6, 2009, defendant filed a motion for a judicial determination of mental competency. Defendant was examined by David E. Morrow, Ph.D., a Forensic Psychologist, who prepared a report dated October 5, 2009.

On October 22, 2009, I held a competency hearing. Defendant was present, represented by Assistant Federal Public Defender Travis Poindexter. The government was represented by Assistant United States Attorney Daniel Nelson. The parties stipulated to the contents and findings of Dr. Morrow as the only evidence of whether the defendant is competent to stand trial and to assist in his defense (Tr. at 2).[1]

Based upon the uncontroverted evidence stipulated to by the parties in this case, I find that the defendant is competent to stand trial and to assist in his defense. Therefore, it is

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding

---

[1] "Tr". refers to the transcript of the competency hearing.

defendant competent to stand trial and to assist in his defense.

Counsel are advised that, pursuant to 28 U.S.C. § 636(b)(1), each has ten dates from the date of receipt of a copy of this Report and Recommendation to file and serve specific objections unless an extension of time for good cause is obtained.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
October 26, 2009